EAST BATON ROUGE PARISH
Filed Sep 21, 2021 8:42 AM
Deputy Clerk of Court
E-File Received Sep 20, 2021 6:16 PM

C-711521

Case 3:22-cv-00038-JWD-RLB   Document 1-3   01/14/22   Page 1 of 4

| | |
|---|---|
| CHARLES PHILLIPS | NUMBER:          DIV: |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| ARMANDO TELLES, VIDA NUEVA TRANSPORT and KNIGHT INSURANCE GROUP | EAST BATON ROUGE PARISH STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes **CHARLES PHILLIPS**, a domiciliary of the State of LOUISIANA, Parish of West Baton Rouge, hereinafter referred to as "Plaintiff", who respectfully represents the following:

**1.**

Made defendants herein are:

A. **ARMANDO TELLES (hereinafter "Defendant"),** the driver of the vehicle that struck Plaintiff;

B. **VIDA NUEVA TRANSPORT, LLC (hereinafter "VIDA"),** employer of the driver that struck plaintiff and the owner of the truck that struck plaintiff;

C. **KNIGHT TRANSPORTATION INSURANCE SERVICES, LLC (hereinafter "KNIGHT"),** a foreign auto insurance company licensed to do and doing business in the State of Louisiana, that at all times pertinent hereto, provided insurance coverage on the automobile that struck plaintiff.

**2.**

On or about September 23, 2020, at approximately 7:58 a.m., Plaintiff was travelling westbound in the far right lane on I-10 on the Mississippi River bridge in the city of Baton Rouge, Louisiana, Parish of East Baton Rouge, in a 2009 Chevy Tahoe, license plate number LA 965DXT.

**3.**

At the same moment, defendant, driving a 2001 UTIL 18-wheeler, license number TX 128C904, was travelling westbound in the center lane on I-10 on the Mississippi River bridge alongside plaintiff.

**4.**

Defendant lost control of his vehicle and began to jackknife and entered into plaintiff's lane.

**5.**

Defendant violently crashed into the side of plaintiff's vehicle.

**6.**

As a result of the violent and unexpected collision, plaintiff suffered multiple injuries which were solely caused by defendant.

**7.**

The subject incident was caused by the fault and/or negligence on the part of defendant herein in the following non-exclusive particulars herein, to-wit:

    **a.**    Breach of a legally imposed duty of care pursuant to La. C.C. art. 2315;

    **b.**    Breach of a legally imposed duty of care pursuant to La. C.C. art. 2317;

    **c.**    Breach of a legally imposed duty of care pursuant to La. C.C. art. 2317.1;

    **d.**    Breach of a legally imposed duty of care pursuant to La. C.C. art. 2320;

    **e.**    For failure to keep proper lookout;

    **f.**    For failure to maintain control;

    **g.**    Failure to operate vehicle in a safe and prudent manner;

    **h.**    Any and all other acts of negligence and/or legal fault, which will be proven at a trial on the merits.

**8.**

More particularly, the Plaintiff's injuries include but are not limited to the following:

    a.    spine injuries and attendant back pain

    b.    neck pain

    c.    headaches

    d.    all other injuries that were caused as a direct result of the accident

**9.**

As a direct and proximate result of Defendant's negligence and breach of duties owed, Plaintiffs suffered the following damages:

    a.    Physical pain and suffering, past, present and future;

    b.    Mental pain, anguish and suffering, past present and future;

    c.    Medical expenses, past, present and future;

    d.    Loss of enjoyment of life, past, present and future;

    e.    Physical disability;

  f. Inconvenience;

  g. Loss of intellectual gratification and physical enjoyment;

  h. Any and all other damages which shall be proven at the trial on this matter.

**10.**

Upon information and belief, **VIDA** employed defendant at the time of the accident and defendant was in course and scope of his duties when the accident occurred and as a result of *respondant superior* doctrine, **VIDA** is hereby liable to the Plaintiff in solido for the accident caused by its employee, defendant.

**11.**

Upon information and belief, **KNIGHT** provided automobile insurance coverage for the automobile that caused accident, by insurance premiums paid by the owner of the automobile which employed defendant to operate the automobile. Therefore, defendant and **KNIGHT** are hereby liable to the Plaintiff in solido pursuant to Title 22 and said Plaintiff is entitled to all benefits under Louisiana's Direct Action Statute, La. R.S. 22:1269.

**12.**

Plaintiff respectfully requests written notice to his counsel ten (10) days in advance to the date for trial or hearing on any exceptions, rules, motions or trial on the merits in this proceeding pursuant to La. CCP art. 1572, and Plaintiff further requests, pursuant to La. CCP arts. 1913 and 1914, immediate notice to his counsel of all interlocutory and final Orders and Judgments on any exceptions, motions, rules or trial on the merits in this proceeding.

WHEREFORE, plaintiff prays:

I. That certified copies of this petition, together with citation, be issued and served according to law on the defendants;

II. That after the lapse of all legal delays and proceedings had, there be judgment against defendants jointly, individually and in solido for general and special damages in reasonable and just sums, plus interest from the date of judicial demand, until paid, and for all costs of these proceedings. Further, for all general and equitable relief to which plaintiffs are entitled and any and all costs recoverable under La. R.S. 13:4533 and R.S. 13:3666.

Respectfully submitted by:

**MILES LAW FIRM, LLC**

/s/ Keelus R Miles
**KEELUS R. MILES  LBRN #29723**
18215 Manchac Place Dr.
Prairieville, LA 70769
Telephone:  (318) 317-7713
Telefax:    (888) 204-3975
Email: kmiles@mileslawfirmllc.com

**PLEASE WITHHOLD SERVICE**